UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21469-CIV-UNGARO/SIMONTON
**CONSENT CASE**

**JOSE LUIS GARION,**

        **Plaintiff,**
**v.**

**READY EXPORT AUTO BROKERS**
**and HECTOR PEREZ,**

        **Defendants.**
_____/

**ORDER STAYING CASE UPON SUGGESTION OF BANKRUPTCY**

    On August 18, 2009, Defendants Ready Export Auto Brokers, Inc., and Hector Perez each filed a Suggestion of Bankruptcy (DE ## 29, 30). The filings informed the Court that on April 7, 2009, Defendants Ready Export Auto Brokers, Inc., and Hector Perez both filed a Voluntary Petition for bankruptcy under Chapter 7 of the U.S. Bankruptcy Code.  As a result, this action is automatically stayed pursuant to 11 U.S.C. § 362.

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the above-styled action is STAYED until the conclusion of the Chapter 7 bankruptcy action involving Defendants Ready Export Auto Brokers, Inc., and Hector Perez.  The clerk is directed to administratively CLOSE this matter for statistical purposes only.  All pending motions are DENIED AS MOOT, and the pretrial conference as well as the trial date are canceled.  Should the Bankruptcy Court lift the automatic stay in this matter, the Parties must provide the Court with a copy of any such

order within ten days of its issuance.

**DONE AND ORDERED** in Miami, Florida, this 27th day of August, 2009.

_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

**Copies provided to:**
   all counsel of record via CM/ECF